%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    Category No. __II__    Investigating Agency __FBI__

**City** __Quincy__    **Related Case Information:**

**County** __Norfolk__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    17-1014-DLC
Search Warrant Case Number    16-1026-DLC,1096,1097,1169
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Constantin Denis Hornea    Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

**Alias Name**    Florin Mitroi, Faby Fabritio, Cristiano Dobrin Cristiano,Mitroi Florin,Constatine Hornea

**Address**    (City & State)

Birth date (Yr only): __1994__  SSN (last4#): _____  Sex __M__    Race: __White__    Nationality: __Romania__

**Defense Counsel if known:**    Jamiel Allen    Address  Federal Public Defender's Office

**Bar Number** _____    51 Sleeper St./5th Flr.  Boston, MA  02210

**U.S. Attorney Information:**

**AUSA**    Timothy E. Moran    Bar Number if applicable _____

**Interpreter:**    ☑ Yes  ☐ No    List language and/or dialect: _____

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of    __03/17/2017__  in  Wyatt Detention Center .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __6__

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  5/24/17    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Constantin Denis Hornea

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3 | 18 USC 1028A(a)(1) | Aggravated Identity Theft | 11, 13 |
| Set 4 | 18 USC 1029(a)(4) | Possession of Device Making Equipment | 19 |
| Set 5 | 18 USC 1956(h) | Money Laundering Conspiracy | 21 |
| Set 6 | 18 USC | Aiding and Abetting | 11, 13, 19 |
| Set 7 | 18 USC 982(a)(1) | Money Laundering Forfeiture Allegations | |
| Set 8 | 18 USC 1963 | RICO Forfeiture Allegations | |
| Set 9 | 18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __Quincy__          **Related Case Information:**

**County** __Norfolk__          Superseding Ind./ Inf. _____ Case No. _____
                                Same Defendant _____ New Defendant _____
                                Magistrate Judge Case Number __17-1014-DLC__
                                Search Warrant Case Number __16-1026-DLC,1096,1097,1169__
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Maria Lazar__                    Juvenile:        ☐ Yes  ☑ No

                    Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name __Ludy Ludemis__

Address __(City & State)__

Birth date (Yr only): __1997__  SSN (last4#): _____  Sex __F__   Race: __White__   Nationality: __Romania__

**Defense Counsel if known:**   __Eduardo Masferrer__          Address __45 Bromfield St., 5th Floor__

**Bar Number** _____                    __Boston, MA  02108__

**U.S. Attorney Information:**

**AUSA** __Tim Moran__                    Bar Number if applicable _____

**Interpreter:**  ☑ Yes  ☐ No          List language and/or dialect:          __Romanian__

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of          __03/17/2017__          in   __MCI-Framingham__          .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**   ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __5/24/17__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Maria Lazar    _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3 | 18 USC 1028A(a)(1) | Aggravated Identity Theft | 12, 14 |
| Set 4 | 18 USC 1956(h) | Money Laundering Conspiracy | 21 |
| Set 5 | 18 USC 2 | Aiding and Abetting | 12, 14 |
| Set 6 | 18 USC 1963 | RICO Forfeiture Allegations | |
| Set 7 | | | |
| Set 8 | 18 USC 1029(c)(1) | Access Device Forfeiture Allegations | |
| Set 9 | 18 USC 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    Category No. <u>II</u>    **Investigating Agency** <u>FBI</u>

**City** <u>Quincy</u>    **Related Case Information:**

**County** <u>Norfolk</u>

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number <u>17-MJ-1023-DLC</u>
Search Warrant Case Number <u>16-1026-DLC,1096,1097,1169</u>
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Nicusor Bonculescu</u>    Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name <u>Vincenzo Ramos, Vicenzo Vicezno, Vicenzo Richmond</u>

Address <u>(City & State)</u>

Birth date (Yr only): <u>1994</u>  SSN (last4#):_____ Sex <u>M</u>    Race: <u>White</u>    Nationality: <u>Romania</u>

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** <u>Timothy E. Moran</u>    Bar Number if applicable _____

**Interpreter:**  ☑ Yes  ☐ No    List language and/or dialect:    <u>Romanian</u>

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony <u>4</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: <u>5/24/17</u>    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Nicusor Bonculescu

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2   18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3   18 USC 1028A(a)(1) | Aggravated Identity Theft | 4, 5 |
| Set 4   18 USC 2 | Aiding and Abetting | 4, 5 |
| Set 5   18 USC 1963 | RICO Forfeiture Allegations | |
| Set 6   18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Category No. __II__   Investigating Agency __FBI__

**City** __Quincy__

**County** __Norfolk__   Related Case Information:

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   17-MJ-1023-DLC
Search Warrant Case Number   16-1026-DLC,1096,1097,1169
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Ion Bonculescu__   Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name __Ionut Bonculescu, Nutu Popescu, Francezu Mustafa, Francezu Yonuz, Al Pacino Montana, Andrei Comanescu__

Address __(City & State)__

Birth date (Yr only): __1993__   SSN (last4#): __9148__   Sex __M__   Race: __White__   Nationality: __Romania__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Timothy E. Moran__   Bar Number if applicable _____

**Interpreter:**   ☑ Yes   ☐ No   List language and/or dialect:   __Romanian__

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __6__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __5/24/17__   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Ion Bonculescu

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3 | 18 USC 1028A(a)(1) | Aggravated Identity Theft | 3, 6 |
| Set 4 | 18 USC 1029(a)(4) | Possession of Device Making Equipment | 20 |
| Set 5 | 18 USC 1956(h) | Money Laundering Conspiracy | 21 |
| Set 6 | 18 USC 2 | Aiding and Abetting | 3, 6, 20 |
| Set 7 | 18 USC 1963 | RICO Forfeiture Allegations | |
| Set 8 | 18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 9 | 18 USC 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No. <u>II</u>     **Investigating Agency** <u>FBI</u>

**City** <u>Quincy</u>

**County** <u>Norfolk</u>          **Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number <u>16-1026-DLC,1096,1097,1169</u>
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Ludemis Hornea</u>          Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name     <u>Antonio Scapescia, Ludy Ludemis, Dobrin Cristiano, Ludy Ludemys</u>

Address     <u>(City & State)</u>

Birth date (Yr only): <u>1996</u>  SSN (last4#): _____  Sex <u>M</u>     Race: <u>White</u>     Nationality: <u>Romania</u>

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** <u>Timothy E. Moran</u>          Bar Number if applicable _____

**Interpreter:**     ☑ Yes  ☐ No          List language and/or dialect:     <u>Romanian</u>

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of <u>02/01/2016</u> in _____ .
☑ Already in State Custody at <u>Norfolk County</u>  ☑ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**     ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony <u>7</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: <u>5/24/17</u>          Signature of AUSA: _Timothy E. Moran_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Ludemis Hornea _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2   18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3   18USC 1028A(a)(1) | Aggravated Identity Theft | 7, 10 |
| Set 4   18 USC 1029(a)(4) | Possession of Device Making Equipment | 19, 20 |
| Set 5   18 USC 1956(h) | Money Laundering Conspiracy | 21 |
| Set 6   18 USC 2 | Aiding and Abetting | 7, 10, 19, 20 |
| Set 7   18 USC 1963 | RICO Forfeiture Allegations | |
| Set 8   18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 9   18 USC 982(a)(1) | Money Laundering Forfeiture Allegations | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    **Category No.** __II__    **Investigating Agency** __FBI__

**City** __Quincy__

**County** __Norfolk__      **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __16-1026-DLC,1096,1097,1169__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Claudiu Cosmin Florea__    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name __Claudio Mihaela Florea, Cosmin Florea, Claudio Florea__

Address __(City & State)__

Birth date (Yr only): __1994__   SSN (last4#):_____ Sex __M__    Race: __White__    Nationality: __Romania__

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Tim Moran__    Bar Number if applicable _____

**Interpreter:**  ☑ Yes  ☐ No    List language and/or dialect: __Romanian__

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty ———— ☐ Misdemeanor ———— ☐ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __5/24/17__    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Claudiu Cosmin Florea _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3 | 18 USC 1956(h) | Money Laundering Conspiracy | 21 |
| Set 4 | 18 USC 1963 | RICO Forfeiture Allegaions | |
| Set 5 | 18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 6 | 18 USC 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      **Category No.** <u>II</u>      **Investigating Agency** <u>FBI</u>

**City** <u>Quincy</u>

**County** <u>Norfolk</u>      **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number <u>16-1026-DLC,1096,1097,1169</u>
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Denisa Bonculescu</u>      Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name <u>Denise Bonculescu</u>

Address <u>(City & State)</u>

Birth date (Yr only): <u>1990</u>  SSN (last4#): _____ Sex <u>F</u>      Race: <u>White</u>      Nationality: <u>Romania</u>

**Defense Counsel if known:** _____      Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** <u>Timothy E. Moran</u>      Bar Number if applicable _____

**Interpreter:**   ☑ Yes   ☐ No      List language and/or dialect:   <u>Romanian</u>

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony <u>2</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  <u>5/24/17</u>      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Denisa Bonculescu _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3 | 18 USC 1963 | RICO Forfeiture Allegations | |
| Set 4 | 18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  <u>II</u>          **Investigating Agency**  <u>FBI</u>

**City**  <u>Quincy</u>                    **Related Case Information:**

**County**  <u>Norfolk</u>                Superseding Ind./ Inf. _____  Case No. _____
                                          Same Defendant _____  New Defendant _____
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number <u>16-1026-DLC,1096,1097,1169</u>
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  <u>Ion Vaduva</u>                    Juvenile:      ☐ Yes  ☑ No

              Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name    <u>Kent Multikentus, Gygy Kent</u>

Address       <u>(City & State)</u>

Birth date (Yr only): <u>1980</u>  SSN (last4#): _____  Sex <u>M</u>    Race: <u>White</u>    Nationality: <u>Romania</u>

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____                    _____

**U.S. Attorney Information:**

**AUSA**  <u>Timothy E. Moran</u>              Bar Number if applicable _____

**Interpreter:**  ☑ Yes  ☐ No      List language and/or dialect:      <u>Romanian</u>

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

   ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony <u>2</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  <u>5/24/17</u>          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Ion Vaduva _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3 | 18 USC 1963 | RICO Forfeiture Allegations | |
| Set 4 | 18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  **II**          **Investigating Agency**  **FBI**

**City**  Quincy                    **Related Case Information:**

**County**  Norfolk                  Superseding Ind./ Inf. _____  Case No. _____
                                     Same Defendant _____  New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number  16-1026-DLC,1096,1097,1169
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Florinel Vaduva _____  Juvenile:      ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name      Ezel Alyyah, Florin Kalam, Florin Unicatu, Venianim Veny Vaduva, Vanianim Vaga Veny

Address         (City & State) _____

Birth date (Yr only): 1996  SSN (last4#): _____  Sex M ____  Race: White _____  Nationality: Romania _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____                        _____

**U.S. Attorney Information:**

**AUSA**    Timothy E. Moran _____    Bar Number if applicable _____

**Interpreter:**  ☑ Yes  ☐ No          List language and/or dialect:        Romanian

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

    ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**     ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  5/24/17          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Florinel Vaduva _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3 | 18 USC 1028A(a)(1) | Aggravated Identity Theft | 8,9 |
| Set 4 | 18 USC 2 | Aiding and Abetting | 8, 9 |
| Set 5 | 18 USC 1963 | RICO Forfeiture Allegations | |
| Set 6 | 18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.**   <u>II</u>    **Investigating Agency**   <u>FBI</u>

**City**   <u>Quincy</u>     **Related Case Information:**

**County**   <u>Norfolk</u>

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number <u>16-1026-DLC,1096,1097,1169</u>
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   <u>Anamaria Margel</u>     Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

**Alias Name**   <u>Ana Maria Margel, Malina Vulpe, Fituasa si Anbituasa, Eliza Si Erico</u>

**Address**   <u>(City & State)</u>

**Birth date (Yr only):** <u>1993</u> **SSN (last4#):** _____ **Sex** <u>F</u>    **Race:** <u>White</u>    **Nationality:** <u>Romania</u>

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   <u>Timothy E. Moran</u>     Bar Number if applicable _____

**Interpreter:**   ☑ Yes   ☐ No     List language and/or dialect:   <u>Romanian</u>

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

    ☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony <u>2</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   <u>5/24/17</u>     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Anamaria Margel _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3 | 18 USC 1963 | RICO Forfeiture Allegations | |
| Set 4 | 18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.** <u>II</u>        **Investigating Agency** <u>FBI</u>

**City** <u>Quincy</u>                **Related Case Information:**

**County** <u>Norfolk</u>          Superseding Ind./ Inf. _____  Case No. _____
                                      Same Defendant _____  New Defendant _____
                                      Magistrate Judge Case Number
                                      Search Warrant Case Number    <u>16-1026-DLC,1096,1097,1169</u>
                                      R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name <u>Dragush Nelo Hornea</u>                    Juvenile:        ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name    <u>Dragos Hornea</u>

Address       <u>(City & State)</u>

Birth date (Yr only): <u>1993</u>  SSN (last4#):_____  Sex <u>M</u>    Race: <u>White</u>    Nationality: <u>Romania</u>

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** <u>Timothy E. Moran</u>                **Bar Number if applicable** _____

**Interpreter:**  ☑ Yes  ☐ No        List language and/or dialect:    <u>Romanian</u>

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

        ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  <u>2</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: <u>5/24/17</u>        Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Dragush Nelo Hornea _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2  18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3  18 USC 1963 | RICO Forfeiture Allegations | |
| Set 4  18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        Category No.   <u>II</u>        **Investigating Agency**   <u>FBI</u>

**City**   <u>Quincy</u>        **Related Case Information:**

**County**   <u>Norfolk</u>        Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number   <u>16-1026-DLC,1096,1097,1169</u>
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   <u>Florin Hornea</u>        Juvenile:        ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   <u>Nicusor Bonculescu</u>

Address   <u>(City & State)</u>

Birth date (Yr only): <u>1991</u>  SSN (last4#):_____  Sex <u>M</u>        Race: <u>White</u>        Nationality: <u>Romania</u>

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   <u>Timothy E. Moran</u>        Bar Number if applicable _____

**Interpreter:**   ☑ Yes  ☐ No        List language and/or dialect:   <u>Romanian</u>

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   <u>4</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  <u>5/24/17</u>        Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Florin Hornea _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3 | 18 USC 1028A(a)(1) | Aggravated Identity Theft | 17, 18 |
| Set 4 | 18 USC 2 | Aiding and Abetting | 17, 18 |
| Set 5 | 18 USC 1963 | RICO Forfeiture Allegations | |
| Set 6 | 18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No. __II__          Investigating Agency __FBI__

**City** __Quincy__          **Related Case Information:**

**County** __Norfolk__          Superseding Ind./ Inf. _____ Case No. _____
                              Same Defendant _____ New Defendant _____
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number __16-1026-DLC,1096,1097,1169__
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Nemanja Milosavljevic__          Juvenile:     ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name     __Michael Boss, Daniel Mutu, Ion Stan__

Address          __(City & State)__

Birth date (Yr only): __1995__  SSN (last4#):_____  Sex __M__     Race: __White__     Nationality: __Romania__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Timothy E. Moran__          Bar Number if applicable _____

**Interpreter:**     ☑ Yes  ☐ No     List language and/or dialect:     __Romanian__

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes  ☐ No

     ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☑     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __5/24/17__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Nemanja Milosvljevic _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Patern of Racketeering Activity | 1 |
| Set 2 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 3 | 18 USC 1028A(a)(1) | Aggravated Identity Theft | 15, 16 |
| Set 4 | 18 USC 2 | Aiding and Abettting | 15, 16 |
| Set 5 | 18 USC 1963 | RICO Forfeiture Allegations | |
| Set 6 | 18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      **Category No.** __II__     **Investigating Agency** __FBI__

**City**   __Quincy__      **Related Case Information:**

**County**   __Norfolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __16-1026-DLC,1096,1097,1169__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Ion Trifu__      Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name   __Birgazon Jakk, Biugu Boss, Birgazon Brg, Ianis Alesio__

Address   __(City & State)__

Birth date (Yr only): __1991__ SSN (last4#): _____ Sex __M__ Race: __White__ Nationality: __Romania__

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   __Timothy E. Moran__      Bar Number if applicable _____

**Interpreter:**   ☑ Yes   ☐ No      List language and/or dialect:   __Romanian__

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

   ☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __5/24/17__      Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Ion Trifu _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC 1029(b)(2) | Conspiracy to Use Counterfeit Access Devices | 2 |
| Set 2 | 18 USC 1956(h) | Money Laundering Conspiracy | 21 |
| Set 3 | 18 USC 1029(c)(1)(C) | Access Device Forfeiture Allegations | |
| Set 4 | 18 USC 982(a)(1) | Money Laundering Forfeiture Allegations | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013